IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRUCE COMMITTE, | § | |
| Plaintiff, | § | |
| v. | § | 2:17-CV-131-D |
| NEIL W. TERRY, et al., | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the United States Magistrate Judge's August 31, 2018 modified findings, conclusions, and recommendation to dismiss complaint, the court concludes the magistrate judge's modified findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this civil action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

September 20, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE